IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10679-JCM |
| | : | |
| Shirley A. Rickenbach | : | CHAPTER 7 |
| Debtor | : | |
| | : | |

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

**DATES OF ENCLOSED PAYMENT ADVICES:**

N/A

**Next Payment Advice Expected (post-filing):**

N/A

C.C

RICKENBACH, SHIRLEY

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        CASE NO. 23-10679-JCM
                                      :
Shirley A. Rickenbach                 :        CHAPTER 7
            Debtor                    :
                                      :

**VERIFICATION REGARDING PROOF OF INCOME**

I, Shirley A. Rickenbach, hereby state as follows:

1.) I am retired; therefore, I am unable to provide the prior (6) six months pay advices.
2.) I receive social security benefits in the amount of $1,894.58 each month.
3.) I receive two pensions in the amount of $2,326.54 each month.
4.) I care for my son, who receives $930.00 in SSI benefits each month.
5.) I was not required to file 2021 – 2022 tax returns; therefore, I am unable to provide the same to the Trustee.
6.) I have submitted to the Trustee proof of income from all sources I have in my possession.

   I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: December 22, 2023                        /s/ Shirley A. Rickenbach
                                               Debtor

C.C                              RICKENBACH, SHIRLEY