Certificate Number: 03088-PAW-DE-038180592

Bankruptcy Case Number: 23-10679



03088-PAW-DE-038180592

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 12, 2024</u>, at <u>4:38</u> o'clock <u>PM CST</u>, <u>Shirley A Rickenbach</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>February 12, 2024</u>          By:    <u>/s/Katherine Minnich</u>

Name:  <u>Katherine Minnich</u>

Title:  <u>Counselor</u>