| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Shirley A. Rickenbach<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3967<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–10679–JCM | |

## Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shirley A. Rickenbach

5/1/24                                                              **By the court:**   John C Melaragno
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10679-JCM |
| Shirley A. Rickenbach | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 01, 2024 | Form ID: 318 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirley A. Rickenbach, 302 East 4th Street, Oil City, PA 16301-2414 |
| 15668705 | | Concora Credit, PO Box 84049, Beaverton, OR 97076-4477 |
| 15668707 | + | Credit One Bank N.A., P.O. Box 9887, Las Vegas, NV 89191 |
| 15668719 | + | Tebo Financial Services, Inc., 4740 Belpar St. Nw, Canton, OH 44718-3685 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJBSPERO.COM | May 02 2024 04:15:00 | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | | EDI: PENNDEPTREV | May 02 2024 04:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 00:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 02 2024 04:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 00:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: ATLASACQU | May 02 2024 04:15:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15673798 | | EDI: ATLASACQU | May 02 2024 04:15:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15668696 | + | Email/Text: bankruptcynotices@aarons.com | May 02 2024 00:56:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy Se, Suite 300, Atlanta, GA 30339-3182 |
| 15668697 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 02 2024 01:42:44 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15668698 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 02 2024 01:42:47 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15668699 | + | Email/Text: bk@avant.com | May 02 2024 00:56:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15668700 | + | EDI: CAPITALONE.COM | May 02 2024 04:15:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15668701 | + | EDI: WFNNB.COM | | |

Case 23-10679-JCM    Doc 20    Filed 05/03/24    Entered 05/04/24 00:31:27    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 01, 2024 | Form ID: 318 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 02 2024 04:15:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15668702 | + | EDI: WFNNB.COM | May 02 2024 04:15:00 | Comenity Bank/Kingsize, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15668703 | + | EDI: WFNNB.COM | May 02 2024 04:15:00 | Comenity Capital/famous, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15668704 | + | EDI: WFNNB.COM | May 02 2024 04:15:00 | Commenity Bank, Po Box 183003, Columbus, OH 43218-3003 |
| 15668706 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 02 2024 00:56:00 | Credit Management Company, Foster Plaza Building 7, 661 Andersen Drive, Suite 110, Pittsburgh, PA 15220-2700 |
| 15668708 | | Email/Text: operationsclerk@easypayfinance.com | May 02 2024 00:55:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 15668709 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 02 2024 00:55:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 15668711 | + | EDI: PHINGENESIS | May 02 2024 04:15:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 15668710 | + | EDI: PHINGENESIS | May 02 2024 04:15:00 | Genesis Financial, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 15668712 | + | EDI: JEFFERSONCAP.COM | May 02 2024 04:15:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15668713 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 02 2024 00:55:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15668714 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2024 01:42:01 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15668715 | | Email/Text: ml-ebn@missionlane.com | May 02 2024 00:55:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15668716 | + | EDI: CBS7AVE | May 02 2024 04:15:00 | Monroe & Main, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15668717 | + | EDI: AGFINANCE.COM | May 02 2024 04:15:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15668718 | + | EDI: SYNC | May 02 2024 04:15:00 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 15668719 | ^ | MEBN | May 02 2024 00:20:27 | Tebo Financial Services, Inc., 4740 Belpar St. Nw, Canton, OH 44718-3685 |
| 15668720 | + | Email/Text: BankruptcyNotice@upmc.edu | May 02 2024 00:56:00 | UPMC-Northwest, 100 Fairfield Drive, Seneca, PA 16346-2130 |
| 15668721 | | EDI: VERIZONCOMB.COM | May 02 2024 04:15:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |
| 15668722 | + | EDI: VERIZONCOMB.COM | May 02 2024 04:15:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 01, 2024 | Form ID: 318 | Total Noticed: 33 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Shirley A. Rickenbach dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Joseph B. Spero | sperofirm@sperolawoffice.com jspero@ecf.axosfs.com;legalmom18@hotmail.com;kmrougeux@sperolawoffice.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 4